IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM A. PHILLIPS, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 03-CV-4129** |
| | : | |
| **RAILROAD CONSTRUCTION COMPANY,** | : | |
| **OF SOUTH JERSEY, INC.** | : | |

**ORDER**

**AND NOW,** this   19th   day of August, 2005, counsel for the parties having reported that the issues in the above-captioned action have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED** with prejudice and without costs.

BY THE COURT:


  s/Bruce W. Kauffman
**BRUCE W. KAUFFMAN,  J.**